UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SAMUEL ROY ABRAM,

    Plaintiff,

v.                                  Case No. 3:15cv107/MCR/CJK

PAMELA COTHRAN MARSH, et al.,

    Defendants.
_____/

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on March 26, 2015 (doc. 4), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing any timely objections to the Recommendation, the Recommendation is adopted as the opinion of the court.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 4) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B), as frivolous and for failure to state a claim on which relief may be granted.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 23rd day of April, 2015.

                                          *s/ M. Casey Rodgers*
                                          **M. CASEY RODGERS**
                                          **CHIEF UNITED STATES DISTRICT JUDGE**